IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES HALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 03-517-GPM |
| | ) |
| **B. SPILLER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

06/17/05                                                              By: s/ G. Patrick Murphy
*Date*                                                                        *District Judge*